# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| O.E.O., | No. CV-25-02283-PHX-DWL (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Fred Figueroa, et al., | |
| Respondents. | |

Respondents filed a status update in this matter on Friday February 13, 2026, indicating that ORR rendered a new age determination decision and determined that Petitioner is a minor. The Court will require the parties to each provide status reports providing Petitioner's present location and indicating what claims, if any, are now moot and what further proceedings are necessary to resolve any remaining claims.

**IT IS THEREFORE ORDERED** no later than February 24, 2026 the parties must each file a status report as directed herein.

Dated this 17th day of February, 2026.

Dominic W. Lanza
United States District Judge