# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| O.E.O., | No. CV-25-02283-PHX-DWL (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Fred Figueroa, et al., | |
| Respondents. | |

The Court has reviewed the parties' supplemental briefs addressing what remaining action is necessary to resolve this matter. While the parties agree several claims are moot, Petitioner argues his request for injunctive relief is not moot because he has not yet been released to a sponsor. The Court will require Respondents to file a status update regarding Petitioner's transfer to a sponsor.

**IT IS THEREFORE ORDERED** Respondents must provide a status update no later than March 11, 2026 regarding Petitioner's transfer to a sponsor. If Petitioner's transfer has not yet occurred, Respondents must delineate a timeline under which (or if at all) that transfer is expected to occur.

Dated this 4th day of March, 2026.

Dominic W. Lanza
United States District Judge