**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

O.E.O.,

Petitioner,

v.

Fred Figueroa, et al.,

Respondents.

No. CV-25-02283-PHX-DWL (MTM)

**ORDER**

The parties cross-motions for summary judgment were filed on September 18, 2026. (Docs. 110, 112.) On October 2, 2026, counsel for Respondents filed a Notice of Withdrawal of Counsel (Doc. 113), but no substitute counsel has appeared. Petitioner has since filed a response to Respondents' summary judgment motion (Doc. 114), but Respondents have not responded to Petitioner's motion. The Court will provide Respondents with additional time for substitute counsel to appear and to respond to Petitioner's summary judgment motion.

**IT IS THEREFORE ORDERED** substitute counsel must appear on Respondents' behalf no later than **October 27, 2026**.

**IT IS FURTHER ORDERED** that the deadline for Respondents to respond to Petitioner's Motion for Summary Judgment is extended to **November 20, 2026**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Leave to File Excess Pages (Doc. 111) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of Court must immediately transmit

by email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

Dated this 22nd day of October, 2026.

Dominic W. Lanza
United States District Judge